IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT COURT OF IOWA

| | |
|---|---|
| AUSTIN LANGE, CARLOS CARMOEGA, MATT CONRAD, TRACY COUNTRYMAN, DAVID FREEMAN, JESUS GARCIA, NICHOLAS GILSON, MICHAEL GOODALE, ALEX HOOK, STEVEN PEKIOS, JOSEPH RILEY, BRADLY SCHMIDT, STEVE SPARBEL, NATE WAGNER, THOMAS WILLIS, and DENNIS WITTE,<br><br>Plaintiffs,<br><br>vs.<br><br>GERDAU–AMERISTEEL U.S., INC., HM LIFE INSURANCE COMPANY, INC., ACCLAIM BENEFITS, INC., and ACCLAIM BENEFITS, L.L.C., d/b/a and/or a/k/a ACCLAIM BENEFITS CONTINUATION SERVICES and/or ACCLAIM BENEFITS,<br><br>Defendants. | NO. 3:10-cv-00020<br><br>**STIPULATED DISMISSAL OF ALL CLAIMS BY PLAINTIFF, JOSEPH RILEY** |

Plaintiff, Joseph Riley, hereby dismisses all of his claims against Defendants, without prejudice.

   /s/ Patrick J. O'Connell

   /s/ Amy L. Reasner
PATRICK J. O'CONNELL,    AT0005859
AMY L. REASNER,    AT0006390
    of
LYNCH DALLAS, P.C.
526 Second Avenue SE, P.O. Box 2457
Cedar Rapids, Iowa 52406-2457
Telephone 319.365.9101
Facsimile 319.365.9512
E-Mail: poconnell@lynchdallas.com
    areasner@lynchdallas.com

ATTORNEYS FOR PLAINTIFFS

1

/s/ Patrick D. Smith
PATRICK D. SMITH
Bradshaw, Fowler, Proctor & Fairgrave, P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA 50309-8004
Telephone: 515.246.5891
Email: smith.patrick@bradshawlaw.com

ATTORNEYS FOR DEFENDANTS,
GERDAU–AMERISTEEL U.S., INC. AND
HM LIFE INSURANCE COMPANY, INC.

CERTIFICATE OF SERVICE

I certify that I served the foregoing document upon the following person(s) pursuant to Federal Rule of Civil Procedure 5(b) by electronic service on the 22nd day of June, 2010.

Patrick D. Smith
Bradshaw, Fowler, Proctor & Fairgrave, P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA 50309-8004

/s/ Patrick J. O'Connell

2