IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT COURT OF IOWA

| | |
|---|---|
| AUSTIN LANGE, CARLOS CARMOEGA, MATT CONRAD, TRACY COUNTRYMAN, DAVID FREEMAN, JESUS GARCIA, NICHOLAS GILSON, MICHAEL GOODALE, ALEX HOOK, STEVEN PEKIOS, JOSEPH RILEY, BRADLY SCHMIDT, STEVE SPARBEL, NATE WAGNER, THOMAS WILLIS, and DENNIS WITTE,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>GERDAU–AMERISTEEL U.S., INC., HM LIFE INSURANCE COMPANY, INC., ACCLAIM BENEFITS, INC., and ACCLAIM BENEFITS, L.L.C., d/b/a and/or a/k/a ACCLAIM BENEFITS CONTINUATION SERVICES and/or ACCLAIM BENEFITS,<br><br>　　　　　Defendants. | NO. 3:10-cv-00020<br><br><br><br><br><br><br><br>**JOINT STATUS REPORT** |

　　　　Counsel have conferred and submit the following Joint Status Report in compliance with the court's order:

　　　　In terms of electronically stored information which is potentially discoverable, the parties state the following:

　　　　　　1.　　Each of the plaintiffs may have some amount of electronic information, but the likelihood of this is very low as no Plaintiff has communicated via computer or created any documents of which counsel are currently aware; This inquiry continues.  Defendants Gerdau and HM Life Insurance Company estimate they each have one custodian of ESI; The ESI consists of e-mails and

correspondence sent to Plaintiffs relative to their benefits.  Defendant Acclaim estimates that it has one custodian of ESI.

      2.     Plaintiffs are presently unsure how many items may be at issue, but they estimate less than 10 electronic items. Defendants Gerdau and HM Life Insurance Company estimate document numbers in the 100s, but less than 1000.  Defendant Acclaim estimates that it has between 100 and 500 electronic items.

      3.     The parties agree that ESI searches will be completed by November 1, 2010.  The parties further agree that steps have been taken to ensure no electronic information relating to the matters in the lawsuit is deliberately or inadvertently lost.

      4.     The parties agree that, for the time being, each party, individually, will search their respective computer systems for any information relating to the COBRA notices that were or should have been sent to the Plaintiffs dating from January of 2009 to October of 2009.

      5.     Search terms to be used will include, but may not be limited to: "COBRA notice(s)," "election of rights," and "health insurance," which also include the terms "Gerdau"; or "Acclaim"; or "Wilton"; or "Wilton, Iowa"; or "Wilton Plant."

      6.     The parties have not specifically identified ESI in their initial disclosures.

  /s/Amy L. Reasner
AMY L. REASNER,  AT0006390
PATRICK J. O'CONNELL,  AT0005859
LYNCH DALLAS, P.C.
P.O. Box 2457
Cedar Rapids, Iowa 52406-2457
Tel. 319.365.9101
Fax 319.866.9721
E-Mail:  areasner@lynchdallas.com
            poconnell@lynchdallas.com

ATTORNEYS FOR PLAINTIFFS

  /s/Patrick D. Smith
PATRICK D. SMITH,  AT0007392
BRADSHAW, FOWLER, PROCTOR
 & FAIRGRAVE, P.C.
801 Grand, Suite 3700
Des Moines, IA 50309
Tel. 515.246.5891
Fax 515.246.5808
E-mail:  smith.patrick@bradshawlaw.com

ATTORNEYS FOR DEFENDANTS
GERDAU-AMERISTEEL U.S., INC. AND
HM LIFE INSURANCE COMPANY, INC.

  /s/Scott M. Brennan
SCOTT M. BRENNAN,  AT0001100
DAVIS, BROWN, KOEHN, SHORS
 & ROBERTS, P.C.
215 Tenth Street, Suite 1300
Des Moines, IA 50309-3993
Tel. 515.288.2500
Fax 515.243.0654
Email: scottbrennan@davisbrownlaw.com

ATTORNEYS FOR DEFENDANTS
ACCLAIM BENEFITS, INC. AND
ACCLAIM BENEFITS, L.L.C.

## JUDGE'S REVISIONS

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

**IT IS ORDERED** that this proposed Scheduling Order and Discovery Plan _____ **is** _____ **is not** approved and adopted by this court.

**IT IS FURTHER ORDERED** that a scheduling and planning conference:

   ___ will not be scheduled at this time.

   ___ will be held in the chambers of Judge _____ at the U.S. Courthouse in _____, Iowa, on the _____ day of _____, at _____ o'clock, ___.m.

   ___ will be held by telephone conference, initiated by the court, on the _____ day of _____, at _____ o'clock, ___.m.

**DATED** this _____ day of _____.

 

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

4